IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

UNITED STATES OF AMERICA           *

VS.                                *      Case No. JKB 15-0600

PATRICK MILLER                     *

## ORDER

Upon consideration of the Defendant's Motion to Authorize Travel it is this ___ day of ___ 2016;

ORDERED that the Defendant's motion is granted and the Defendant is authorized to travel to Ocean City, Maryland on September 27th, spend the evenings of September 27-28, 2016 in Ocean City and to return to his residence on September 29, 2016;

AND IT IS FURTHER ORDERED that all other conditions of release shall remain the same.

_____
JUDGE
UNITED STATES DISTRICT COURT