Prob Form 35
(MDP 7/19)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## District of Maryland

UNITED STATES OF AMERICA

vs.  Crim. No.: 0416 1:15CR00600-001

Patrick Miller

On February 12, 2021, the defendant was placed on Supervised Release for a period of 48 months. He has complied with the rules and regulations. Accordingly, it is recommended that he be discharged from supervision.

Respectfully submitted,

*[signature]*

Amirrah Peterson
U.S. Probation Officer

*[signature]*

Crystal Mercer
Supervisory U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Signed this ___8___ day of ___April___, 20_24_.

*[signature]*

The Honorable Chief Judge James Bredar
U.S. District Judge